■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS LIOTTI, on Behalf of RYAN WAGNER, Petitioner, v PATRICK MAHONEY, Respondent. [719 NYS2d 872] —Writ of habeas corpus in the nature of an application to fix bail upon Suffolk County Indictment No. 2454-A/B-00.

Adjudged that the writ is sustained, without costs or disbursements, to the extent that bail on Suffolk County Indictment No. 2454-A/B-00 is set in the sum of $500,000, which may be posted in the form of an insurance company bail bond in that sum or by depositing the same sum as a cash bail alternative. Krausman, J. P., S. Miller, McGinity and Feuerstein, JJ., concur.